CHRISTINA HUMPHREY LAW, P.C.
CHRISTINA A. HUMPHREY (SBN 226326)
*Christina@chumphreylaw.com*
236 West Portal Avenue, #185
San Francisco, California 94127
Telephone: (805) 618-2924
Facsimile: (805) 618-2939

*Attorneys for Plaintiff*
SHANNON DOCKERY

MAYER BROWN LLP
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
*mhendy@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

*Attorneys for Defendant*
CITIZENS TELECOM SERVICES COMPANY, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON DOCKERY, on behalf of herself and all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS TELECOM SERVICES COMPANY, LLC, a Delaware corporation; and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 2:21-cv-00416-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT CITIZENS TELECOM SERVICES COMPANY, LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  March 9, 2021<br>FAC Filed:  July 29, 2021 |

1  **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST**
2  **AMENDED COMPLAINT PURSUANT TO LOCAL RULES 143 AND 144**

3    Pursuant to Local Rules 143 and 144, Plaintiff Shannon Dockery ("Plaintiff")
4  and Defendant Citizens Telecom Services Company, LLC  ("Defendant"), by and
5  through their respective counsel of record, respectfully submit this stipulation and
6  request for an order granting a 14-day extension of Defendant's time to answer or
7  otherwise respond to Plaintiff's First Amended Complaint, from August 12, 2021 to
8  August 26, 2021.  There is good cause for the extension for the following reasons:

9    WHEREAS, Plaintiff filed her initial complaint in this Court on or about March
10  9, 2021 (ECF No. 1);

11    WHEREAS, the Court stayed and administratively closed the case on or about
12  March 12, 2021, pursuant to Defendant's Notice of Bankruptcy Proceedings (ECF No.
13  5);

14    WHEREAS, Defendant filed a Notice of Emergence from Bankruptcy and
15  Termination of Automatic Stay on or about May 20, 2021 (ECF No. 6);

16    WHEREAS, the Court lifted the automatic stay Pursuant to Defendants Notice
17  of Emergence from Bankruptcy on or about May 20, 2021 (ECF No. 9);

18    WHEREAS, pursuant to Local Rule 144(a), on or about May 20, 2021, the
19  parties stipulated and agreed to extend Defendant's deadline to answer or otherwise
20  respond to the complaint by 28 days from the date on which the Court reopened the
21  above-captioned action (ECF No. 8);

22    WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's complaint on July
23  8, 2021 (ECF #10);

24    WHEREAS, Plaintiff filed a First Amended Complaint in the above-captioned
25  case on July 29, 2021 (ECF #15);

26    WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's
27  deadline to answer and/or otherwise respond to the First Amended Complaint is

28

1  currently August 12, 2021, which 14 days after the First Amended Complaint was

2  filed;

3        WHEREAS, counsel for Defendant who is principally responsible for preparing

4  Defendant's response to the FAC was out of the country from August 4 through

5  August 8, making it infeasible to adequately analyze the amended complaint and

6  complete the response within the 14-day deadline;

7        WHEREAS, Defendant has requested and Plaintiff has consented to extend the

8  time in which Defendant can answer or otherwise respond to the FAC by an additional

9  14 days, to and including August 26, 2021;

10        WHEREAS, this is the parties' first stipulation for an extension of Defendant's

11  time to respond to the First Amended Complaint;

12        NOW, THEREFORE, the parties, by and through their respective counsel of

13  record undersigned, stipulate to and request that the Court enter an order extending

14  Defendant's time to answer or otherwise respond to the First Amended Complaint by

15  14 days, through and including August 26, 2021.

16        IT IS SO STIPULATED.

17  Dated:  August 10, 2021      Respectfully submitted,

18

19        By: */s/ Ruth Zadikany*

20        MAYER BROWN LLP

21        RUTH ZADIKANY (SBN 260288)
      *rzadikany@mayerbrown.com*

22        C. MITCHELL HENDY (SBN 282036)
      *mhendy@mayerbrown.com*

23        350 South Grand Avenue, 25th Floor
      Los Angeles, California  90071-1503

24        Telephone:  (213) 229-9500

25        Facsimile:   (213) 625-0248

26        *Attorneys for Defendant*
      CITIZENS TELECOM SERVICES

27        COMPANY, LLC

28

1    Dated:  August 10, 2021          Respectfully submitted,

2

3                                     By: */s/ James A. Clark (as authorized on 8/10/21)*

4                                     TOWER LEGAL GROUP, P.C.
                                      JAMES A. CLARK (SBN 278372)
5                                     RENEE P. ORTEGA (SBN 283441)
                                      ARIEL A. PYTEL (SBN 328917)
6                                     11335 Gold Express Drive, Ste. 105
                                      Gold River, CA 95670
7                                     Telephone: (916) 233-2008

8                                     CHRISTINA HUMPHREY LAW, P.C.
9                                     CHRISTINA A. HUMPHREY (SBN 226326)
                                      *Christina@chumphreylaw.com*
10                                    236 West Portal Avenue, #185
                                      San Francisco, California 94127
11                                    Telephone: (805) 618-2924
                                      Facsimile: (805) 618-2939
12

13                                    *Attorneys for Plaintiff*
                                      SHANNON DOCKERY
14

15

16

17

18   **IT IS SO ORDERED.**

19

20   Dated:  August 10, 2021

21                                    _____
                                      Troy L. Nunley
                                      United States District Judge
22

23

24

25

26

27

28