1  CHRISTINA HUMPHREY LAW, P.C.
   CHRISTINA A. HUMPHREY (SBN 226326)
2  591 Telegraph Canyon Rd., #376
   Chula Vista, CA  91910
3  *Christina@chumphreylaw.com*
   Telephone: (805) 618-2924
4  Facsimile: (805) 618-2939
   *Attorneys for Plaintiff*
5  SHANNON DOCKERY
6
7  MAYER BROWN LLP
   RUTH ZADIKANY (SBN 260288)
8  *rzadikany@mayerbrown.com*
   C. MITCHELL HENDY (SBN 282036)
9  *mhendy@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
10 Los Angeles, California  90071-1503
   Telephone:   (213) 229-9500
11 Facsimile:   (213) 625-0248
12
   *Attorneys for Defendant*
13 CITIZENS TELECOM SERVICES COMPANY, LLC
14              **UNITED STATES DISTRICT COURT**
15              **EASTERN DISTRICT OF CALIFORNIA**
16
17 SHANNON DOCKERY, on behalf of       Case No. 2:21-cv-00416-TLN-CKD
   herself and all employees similarly
18 situated,                           **JOINT STIPULATION AND
                                       ORDER TO CONTINUE
19                                     NOVEMBER 18, 2021, HEARING
              Plaintiff,               DATE AND RELATED BRIEFING
20                                     DEADLINES FOR PLAINTIFF'S
       v.                              MOTION FOR CONDITIONAL
21                                     CERTIFICATION**
   CITIZENS TELECOM SERVICES
22 COMPANY, LLC, a Delaware
   corporation; and DOES 1-100 inclusive,  Complaint Filed:  March 9, 2021
23                                     FAC Filed:  July 29, 2021
              Defendants.
24
25
26
27
28

1
2
3

**<u>STIPULATION TO CONTINUE NOVEMBER 18, 2021 HEARING DATE</u>**

**<u>AND RELATED BRIEFING DEADLINES FOR PLAINTIFF'S MOTION</u>**

**<u>FOR CONDITIONAL CERTIFICATION</u>**

4
5
6
7
8
9
10

Pursuant to Local Rule 143, Plaintiff Shannon Dockery ("Plaintiff") and Defendant Citizens Telecom Services Company, LLC ("Defendant"), by and through their respective counsel of record, respectfully submit this stipulation and request for an order continuing the November 18, 2021, hearing date on Plaintiff's Motion for Conditional Certification to December 2, 2021 and to continue the related briefing deadlines based on the new hearing date.  There is good cause for the requested extension for the following reasons:

11
12

WHEREAS, Plaintiff filed a First Amended Complaint in the above-captioned case on July 29, 2021 (ECF #15);

13
14
15

WHEREAS, Defendant filed a Motion to Dismiss and Strike Portions of Plaintiff's First Amended Complaint on August 26, 2021 (ECF #19), which motion was fully briefed on October 7, 2021 and is currently pending (ECF #22, 23, 25);

16
17
18

WHEREAS, Plaintiff filed a Motion for Conditional Certification of an FLSA collective action on October 5, 2021 that is noticed for hearing on November 18, 2021 (ECF# 24);

19
20
21
22

WHEREAS, counsel for Defendant will be out of the country on November 18, 2021 and are therefore unavailable to attend the currently-noticed hearing on Plaintiff's Motion for Conditional Certification, and request an additional two weeks to prepare and file their response to the Motion for Conditional Certification;

23
24
25
26
27

WHEREAS, Defendant has requested and Plaintiff has agreed to continue the November 18 hearing date on her Motion for Conditional Certification by fourteen (14) days to December 2, 2021, or to a time more convenient with the Court, and to continue the briefing deadlines relating to the Motion for Conditional Certification based on the new hearing date;

28

1    WHEREAS, the parties have agreed to toll the statute of limitations period for

2    the FLSA claims alleged in the First Amended Complaint with respect to Plaintiff and

3    any current or former employees who opt into the FLSA collective action claims in

4    this action (provided that such agreement tolls only the FLSA claim) by the longer of

5    (a) 14 days, or (b) the number of days between November 18 and the date the Court

6    hears argument on Plaintiff's Motion for Conditional Certification in the event

7    December 2, 2021, is not available, or the date the court otherwise deems the matter

8    submitted without oral argument;

9    WHEREAS, this is the parties' first stipulation for a continuance of the hearing

10   date on plaintiff's Motion for Conditional Certification;

11   NOW, THEREFORE, the parties, by and through their respective counsel of

12   record undersigned, stipulate to and request that the Court enter an order:

13   1) continuing the hearing date on Plaintiff's Motion for Conditional

14      Certification by fourteen (14) days to December 2, 2021, or to a date more

15      convenient for the Court, and

16   2) continuing the related briefing deadlines with respect to Plaintiff's Motion

17      to Compel based on the new hearing date.

18

19   IT IS SO STIPULATED.

20

21

22

23

24

25

26

27

28

1    Dated:  October 25, 2021              Respectfully submitted,

2

3                                         By: */s/ C. Mitchell Hendy*_____

4                                         MAYER BROWN LLP
5                                         RUTH ZADIKANY (SBN 260288)
                                          *rzadikany@mayerbrown.com*
6                                         C. MITCHELL HENDY (SBN 282036)
                                          *mhendy@mayerbrown.com*
7                                         350 South Grand Avenue, 25th Floor
                                          Los Angeles, California  90071-1503
8                                         Telephone:  (213) 229-9500
                                          Facsimile:   (213) 625-0248
9

10                                        *Attorneys for Defendant*
                                          CITIZENS TELECOM SERVICES
11                                        COMPANY, LLC

12   Dated:  October 25, 2021             Respectfully submitted,

13

14                                        By: */s/ Christina Humphrey (as authorized on*
15                                        *10/25/21)*

16                                        CHRISTINA HUMPHREY LAW, P.C.
                                          CHRISTINA A. HUMPHREY (SBN 226326)
17                                        *Christina@chumphreylaw.com*
                                          236 West Portal Avenue, #185
18                                        San Francisco, California 94127
                                          Telephone: (805) 618-2924
19                                        Facsimile: (805) 618-2939

20
                                          TOWER LEGAL GROUP, P.C.
21                                        JAMES A. CLARK (SBN 278372)
                                          RENEE P. ORTEGA (SBN 283441)
22                                        ARIEL A. PYTEL (SBN 328917)
                                          11335 Gold Express Drive, Ste. 105
23                                        Gold River, CA 95670
                                          Telephone: (916) 233-2008
24

25                                        *Attorneys for Plaintiff*
                                          SHANNON DOCKERY
26

27

28                                        - 3 -

1    **IT IS SO ORDERED.**

2

3    Dated:  October 27, 2021                          _____
                                                        Troy L. Nunley
4                                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE AND RELATED BRIEFING
DEADLINES FOR PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION
CASE NO. 2:21-CV-00416-TLN-CKD