1  CHRISTINA HUMPHREY LAW, P.C.
   CHRISTINA A. HUMPHREY (SBN 226326)
2  ROBERT N. FISHER (SBN 302919)
3  1117 State Street
   Santa Barbara, CA 93101
4  Telephone: (805) 618-2924
   Facsimile: (805) 618-2939
5  Email: Christina@chumphreylaw.com
   Email: rob@chumphreylaw.com
6
7  [Additional Counsel on Signature Page]

8  *Attorneys for Plaintiff*
   SHANNON DOCKERY
9
10 MAYER BROWN LLP
   RUTH ZADIKANY (SBN 260288)
11 *rzadikany@mayerbrown.com*
   C. MITCHELL HENDY (SBN 282036)
12 *mhendy@mayerbrown.com*
   333 South Grand Avenue, 47th Floor
13 Los Angeles, California  90071-1503
   Telephone:   (213) 229-9500
14 Facsimile:    (213) 625-0248
15
   *Attorneys for Defendants*
16 CITIZENS TELECOM SERVICES COMPANY, LLC

17            **UNITED STATES DISTRICT COURT**
18            **EASTERN DISTRICT OF CALIFORNIA**

19
   SHANNON DOCKERY, on behalf of          Case No. 2:21-cv-00416-TLN-CKD
20 herself and all employees similarly
   situated,                               **JOINT STIPULATION AND**
21                                          **ORDER TO EXTEND TIME TO**
                    Plaintiff,             **RESPOND TO SECOND AMENDED**
22                                          **COMPLAINT BY 30 DAYS [L.R.**
                                            **144]**
23        v.
                                           Complaint Filed:  March 9, 2021
24 CITIZENS TELECOM SERVICES              SAC Filed: April 28, 2023
   COMPANY, LLC.
25
                    Defendants.
26

27

28

The undersigned counsel for Plaintiff Shannon Dockery ("Plaintiff") and Defendant Citizens Telecom Services Company, LLC ("Defendants") (jointly, the "Stipulating Parties") in the above-captioned action, hereby stipulate and agree, pursuant to Local Rule 144 that:

WHEREAS, Plaintiff filed a Second Amended Complaint in the above-captioned case in this Court on April 28, 2023;

WHEREAS, pursuant to the Court's March 31, 2023 Order Granting Defendant's motion to dismiss and strike Plaintiff's First Amended Complaint, Defendant's current deadline to answer and/or otherwise respond to the Second Amended Complaint is Friday, May 19, 2023 (21 days from the date on which Plaintiff filed her Second Amended Complaint);

WHEREAS, the Stipulating Parties agree to extend Defendant's deadline to answer and/or otherwise respond to the Second Amended Complaint by 30 days;

WHEREAS, this is the Stipulating Parties' first stipulation for an extension of Defendants' time to respond to the Second Amended Complaint;

WHEREAS, in entering this Stipulation, Defendants do not waive, and expressly reserve, the right to assert all defenses, including, but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure;

NOW, THEREFORE, the Stipulating Parties, through their respective counsel, stipulate to and request that the Court enter an order extending Defendant's time to answer or otherwise respond to the Second Amended Complaint by 30 days, through and including June 18, 2023.

1    IT IS SO STIPULATED.

2    Dated:  May 17, 2023          Respectfully submitted,

3

4                                  By: */s/ Ruth Zadikany*

5                                  MAYER BROWN LLP
                                   RUTH ZADIKANY (SBN 260288)
6                                  *rzadikany@mayerbrown.com*
                                   C. MITCHELL HENDY (SBN 282036)
7                                  *mhendy@mayerbrown.com*
                                   350 South Grand Avenue, 25th Floor
8                                  Los Angeles, California  90071-1503
                                   Telephone:   (213) 229-9500
9                                  Facsimile:    (213) 625-0248
10

11                                 *Attorneys for Defendants*
                                   CITIZENS TELECOM SERVICES COMPANY, LLC
12

13                                 Respectfully submitted,

14
                                   By: */s/Christina Humphrey (as authorized on 5/17/23)*
15

16                                 CHRISTINA HUMPHREY LAW, P.C.
                                   CHRISTINA A. HUMPHREY (SBN 226326)
17                                 ROBERT N. FISHER (SBN 302919)
                                   *Christina@chumphreylaw.com*
18                                 236 West Portal Avenue, #185
                                   San Francisco, California 94127
19                                 Telephone: (805) 618-2924
                                   Facsimile: (805) 618-2939
20

21                                 TOWER LEGAL GROUP, P.C.
                                   JAMES A. CLARK (SBN 278372)
22                                 RENEE P. ORTEGA (SBN 283441)
                                   ARIEL A. PYTEL (SBN 328917)
23                                 11335 Gold Express Drive, Ste. 105
                                   Gold River, CA 95670
24                                 Telephone: (916) 233-2008

25
                                   *Attorneys for Plaintiff*
26                                 SHANNON DOCKERY

27

28

1  **IT IS SO ORDERED.**

2  Dated:  5/18/2023

3

4  _____
   Troy L. Nunley
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED
COMPLAINT BY 30 DAYS; CASE NO. 2:21-CV-00416-TLN-CKD