CHRISTINA HUMPHREY LAW, P.C.
CHRISTINA A. HUMPHREY (SBN 226326)
ROBERT N. FISHER (SBN 302919)
1117 State Street
Santa Barbara, CA 93101
Telephone: (805) 618-2924
Facsimile: (805) 618-2939
Email: Christina@chumphreylaw.com
Email: rob@chumphreylaw.com

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff*
SHANNON DOCKERY

MAYER BROWN LLP
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
*mhendy@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

*Attorneys for Defendants*
CITIZENS TELECOM SERVICES COMPANY, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON DOCKERY, on behalf of herself and all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS TELECOM SERVICES COMPANY, LLC.<br><br>Defendants. | Case No. 2:21-cv-00416-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY ADDITIONAL 60 DAYS [L.R. 144]**<br><br>Complaint Filed:  March 9, 2021<br>SAC Filed: April 28, 2023 |

1    The undersigned counsel for Plaintiff Shannon Dockery ("Plaintiff") and Defendant Citizens Telecom Services Company, LLC ("Defendants") (jointly, the "Stipulating Parties") in the above-captioned action, hereby stipulate and agree, pursuant to Local Rule 144 that:

WHEREAS, Plaintiff filed a Second Amended Complaint in the above-captioned case in this Court on April 28, 2023;

WHEREAS, Defendant's current deadline to answer or otherwise respond to the Second Amended Complaint is August 17, 2023, pursuant to the Court's May 18, 2023 and June 7, 2023 Orders granting the Stipulating Parties' previous stipulations to one 30-day and one 60-day extension of time to respond to the Second Amended Complaint (*see* ECF #37, 39);

WHEREAS, the Stipulating Parties continue to be in active and substantive discussions regarding a potential resolution of this matter but require additional time to continue those discussions;

WHEREAS, the Stipulating Parties agree that in the interests of efficiency and judicial economy, a further 60-day extension of Defendant's deadline to answer or otherwise respond to the Second Amended Complaint is warranted to allow the Stipulating Parties to focus on the aforementioned discussions;

WHEREAS, this is the Stipulating Parties' third stipulation for an extension of Defendants' time to respond to the Second Amended Complaint;

WHEREAS, in entering this Stipulation, Defendants do not waive, and expressly reserve, the right to assert all defenses, including, but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure;

NOW, THEREFORE, the Stipulating Parties, through their respective counsel, stipulate to and request that the Court enter an order extending Defendant's time to answer or otherwise respond to the Second Amended Complaint by 60 days, through and including October 16, 2023.

1  IT IS SO STIPULATED.

2  Dated:  August 3, 2023          Respectfully submitted,

3

4              By: */s/ Ruth Zadikany*

5
   MAYER BROWN LLP
6  RUTH ZADIKANY (SBN 260288)
   *rzadikany@mayerbrown.com*
7  C. MITCHELL HENDY (SBN 282036)
   *mhendy@mayerbrown.com*
8  350 South Grand Avenue, 25th Floor
   Los Angeles, California  90071-1503
9  Telephone:  (213) 229-9500
   Facsimile:   (213) 625-0248
10

11 *Attorneys for Defendants*
   CITIZENS TELECOM SERVICES COMPANY, LLC
12

13 Respectfully submitted,

14
              By: */s/James A. Clark (as authorized on 8/3/23)*
15

16 CHRISTINA HUMPHREY LAW, P.C.
   CHRISTINA A. HUMPHREY (SBN 226326)
17 ROBERT N. FISHER (SBN 302919)
   *Christina@chumphreylaw.com*
18 236 West Portal Avenue, #185
   San Francisco, California 94127
19 Telephone: (805) 618-2924
   Facsimile: (805) 618-2939
20

21 TOWER LEGAL GROUP, P.C.
   JAMES A. CLARK (SBN 278372)
22 RENEE P. ORTEGA (SBN 283441)
   ARIEL A. PYTEL (SBN 328917)
23 11335 Gold Express Drive, Ste. 105
   Gold River, CA 95670
24 Telephone: (916) 233-2008

25
   *Attorneys for Plaintiff*
26 SHANNON DOCKERY

27

28

**IT IS SO ORDERED.**

Dated: August 3, 2023

Troy L. Nunley
United States District Judge