**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANON DOCKERY, on behalf of herself and all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS TELECOM SERVICES COMPANY, LLC.<br><br>Defendant. | Case No. 2:21-cv-00416-TLN-CKD<br><br>**ORDER GRANTING PARTIES' JOINT REQUEST TO SEAL DOCUMENTS**<br><br>Complaint Filed:  March 9, 2021<br>SAC Filed: April 28, 2023 |

**ORDER**

Having considered the Parties' Joint Request to Seal Documents, the documents at issue—two individual FLSA settlement agreements and releases of claims—the relevant statutory and case law, including Fed. R. Civ. P. 5.2 and Local Rule 141, the Court finds that the documents at issue should be filed under seal and accordingly GRANTS the Parties' Joint Request to Seal Documents. Plaintiff is ordered to file the documents under seal.

It is so ORDERED.

Dated: November 1, 2023

Troy L. Nunley
United States District Judge